IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Erica Nealy,<br><br>      Plaintiff,<br><br>v.<br><br>GRI-EQY (Sparkleberry Kroger), LLC, The Kroger Co., and Kroger Store #448,<br><br>      Defendants. | CIVIL ACTION NO.: 3:18-cv-03209-JMC<br><br>**CONSENT ORDER TO REMAND** |

*WHEREAS* the Defendants, above-named, filed a Notice of Removal in the above-captioned action pursuant to 28 U.S.C. §§ 1332 and 1446 based upon this Court's diversity jurisdiction.

*WHEREAS* it appears that the Plaintiff has stipulated that the amount in controversy does not exceed $75,000 .

*WHEREAS* the parties desire to remand this matter to the Court of Common Pleas for Richland County for the purpose of determining all issues in the case; and

*NOW, THEREFORE, IT IS ORDERED THAT* this matter is hereby remanded to the Court of Common Pleas for Richland County for a determination of all issues involved in this matter.

**AND IT IS SO ORDERED.**

January 4, 2019
Columbia, South Carolina

      s/J. Michelle Childs
      **J. MICHELLE CHILDS**
      **UNITED STATES DISTRICT JUDGE**

WE SO STIPULATE:

**HOWSER NEWMAN & BESLEY, L.L.C.**

BY: s/ Jeffrey I. Silverberg
Jeffrey I. Silverberg (Fed. Bar No. 11529)
Albert R. Pierce, Jr. (Federal Bar No. 9178)
jsilverberg@hnblaw.com
rpierce@hnblaw.com
1508 Washington Street
Post Office Box 12009
Columbia, South Carolina 29211
(803) 758-6000
*Attorneys for The Kroger Co. and Kroger Store #448*

**YOUNG CLEMENT RIVERS, LLP**

BY: /s William O. Sweeny, IV by Jeffrey I. Silverberg with express permission
Duke R. Highfield (Federal Bar No. 5654)
William O. Sweeny IV (Federal Bar No. 10727)
dhighfield@ycrlaw.com
bsweeny@ycrlaw.com
25 Calhoun Street, Suite 400
P.O. Box 993
Charleston, SC 29402
(843) 720-5456
*Attorneys for GRI-EQY (Sparkleberry Kroger), LLC*

**THE CONNELL LAW FIRM, LLC**

BY: s/ J. Benjamin Connell by Jeffrey I. Silverberg with express permission
J. Benjamin Connell (Federal Bar No. 11028)
ben@lawconnell.com
20 Townlee Lane, Suite A
Post Office Box 522
Lugoff, South Carolina 29078
*Attorneys for the Plaintiff*

Columbia, South Carolina
January 2, 2019